

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 45th Floor
New York, New York  10020-1104
www.dlapiper.com

Cara D. Edwards
cara.edwards@dlapiper.com
**T**   212.335.4714
**F**   212.884.8714

March 10, 2017

*VIA ECF*

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

> **Re:**   *Charlie Utts and Ciara Utts v. Bristol-Myers Squibb Company and Pfizer Inc.*
> **Case No. 1:16-cv-05668-DLC**

Dear Judge Cote:

    Our firm represents Defendants Bristol-Myers Squibb Company and Pfizer Inc. ("Defendants") in the above-referenced matter.  Defendants submit this letter contemporaneously with the filing of their Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

    Defendants hereby respectfully request oral argument on their Motion to Dismiss Plaintiffs' Second Amended Complaint, to be set for a date and time designated by the Court, subject to the Court's approval.

    We thank the Court for its time and courtesy.

Respectfully submitted,

**DLA Piper LLP (US)**

Cara D. Edwards